# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

George Lewis Higgins, III
Attorney at Law
P. O. Box 3370
Pineville LA 71361-3370

**REHEARING ACTION: June 19, 2013**

**Docket Number: 12   01255-KA**

**STATE OF LOUISIANA**
**VERSUS**
**MICHAEL JAMES LACOUR**

**Appealed from Rapides Parish Case No. 309789**

**BEFORE JUDGES:**

Hon. Elizabeth A. Pickett
Hon. Billy Howard Ezell
Hon. J. David Painter

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Michael James Lacour** has this day been

**DENIED.**

cc: James C. Downs, Counsel for the Appellant
    Brian D. Cespiva, Counsel for the Appellant
    Anthony L. Walker, Counsel for the Appellant